KENNETH B. CERA (State Bar No. 121373)
FRANK J. GILBERT (State Bar No. 129826)
ROBERT L. ELAM (State Bar No. 236249)
SCHWARTZ & CERA LLP
201 California Street, Suite 450
San Francisco, California 94104
Telephone: (415) 956-2600
Facsimile:  (415) 358-4770
Email:  ken@schwartz-cera.com
    frank@schwartz-cera.com
    robert@schwartz-cera.com

Attorneys for Plaintiff
FRENCH BULL, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| FRENCH BULL, LLC, a New York limited liability company,<br><br>    Plaintiff,<br><br>vs.<br><br>MARINA MEDVEDEVA, an individual,<br><br>    Defendant. | CASE NO.: C-14-4722-JSC<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |
|---|---|

TO THE HONORABLE COURT, ALL PARTIES HEREIN AND THEIR RESPECTIVE COUNSEL OF RECORD:

    PLEASE TAKE NOTICE that plaintiffs French Bull, LLC, a New York limited liability company, in this matter voluntarily dismisses this lawsuit pursuant to Federal Rule of Civil Procedure 41(a). Such dismissal shall be without prejudice, with each side to bear its own costs and fees.

///

///

---

-1-
NOTICE OF VOLUNTARY DISMISSAL

| | | |
|---|---|---|
| 1 | DATED:  November 20, 2014 | Respectfully submitted, |
| 2 | | SCHWARTZ & CERA LLP |
| 4 | | By:   /s/ *Kenneth B. Cera* |
| 5 | | KENNETH B. CERA<br>FRANK J. GILBERT<br>ROBERT L. ELAM |
| 6 | | Attorneys for Plaintiff<br>FRENCH BULL, LLC |

**PROOF OF SERVICE**

<u>*French Bull, LLC, a New York limited liability company v. Marina Medvedeva, an individual*</u>

U.S. District Court, Northern District of California, San Francisco Division Case No.: C-14-4722-JSC

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over eighteen (18) years of age and not a party to the above-entitled action. My business address is 201 California Street, Suite 450, San Francisco, CA 94111. On the date below, I served the following document(s):

*NOTICE OF VOLUNTARY DISMISSAL*

on the below-named parties and/or counsel of record by the manner indicated:

Marina Medvedeva            *An Individual*
350015
Kommunarov 205, 25
Krasnodar
Russian Federation

<u>**XXX**</u>   <u>**U.S. Mail**</u>, enclosed in a sealed envelope with First Class postage prepaid, and deposited for collection at San Francisco, California pursuant to ordinary business practices. I am readily familiar with this firm's practice for collection and processing of documents for mailing with the U.S. Postal Service.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and this declaration was executed on November 20, 2014 at San Francisco, California.

   /s/ *Donise Higginbotham*
   Donise Higginbotham